UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MRUDANGI SHASHIKANT THAKUR,<br><br>                              Plaintiff,<br><br>              -against-<br><br>TOWN OF YORKTOWN, et al.,<br><br>                              Defendants. | 26-CV-829 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

Defendants filed a motion to dismiss in this case on May 4, 2026. ECF No. 22. Per Local Civil Rule 6.1(b), any opposing or response papers must be served within 14 days after service of the moving papers. Accordingly, Plaintiff's opposition was due on May 19, 2026. The Court did not receive any filing. Plaintiff shall submit any opposition by June 3, 2026, or the Court will consider Defendants' motion to dismiss unopposed.

Dated:  May 27, 2026
            White Plains, New York

                                                SO ORDERED.

                                                *Jessica Clarke*
                                                _____

                                                JESSICA G. L. CLARKE
                                                United States District Judge